IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TRENT D. CARLSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 26-2119-KHV |
| | ) | |
| TIMOTHY GULLEY, in his official capacity as an | ) | |
| Edwardsville, Kansas Police Department Officer, | ) | |
| and as an individual, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

Trent D. Carlson filed suit against Timothy Gulley, a police officer for the City of Edwardsville, Kansas.  Under 42 U.S.C. § 1983, plaintiff asserts a claim for excessive force during his arrest on March 6, 2024.  This matter is before the Court on Defendant Gulley's Motion To Dismiss (Doc. #3) filed March 27, 2026, which seeks to dismiss plaintiff's claims against defendant in his official capacity for failure to state a claim on which relief can be granted.  See Fed. R. Civ. P. 12(b)(6).  Plaintiff states that he did not intend to plead an official capacity claim and does not oppose dismissal of any such claim.  Plaintiff's Response To Defendant's Motion To Dismiss (Doc. #1) filed May 1, 2026 at 1.  For this reason and substantially the reasons stated in defendant's Memorandum In Support Of Motion To Dismiss (Doc. #4) filed March 27, 2026, the Court sustains defendant's motion and dismisses plaintiff's claims against defendant in his official capacity.

**IT IS THEREFORE ORDERED** that Defendant Gulley's Motion To Dismiss (Doc. #3) filed March 27, 2026 is **SUSTAINED**.  **Under Rule 12(b)(6), Fed. R. Civ. P., the Court dismisses plaintiff's claims against defendant in his official capacity for failure to state a**

**claim on which relief can be granted.**

Dated this 14th day of May, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge